UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:    Case No.:    8:95-bk-08284
          Chapter:     7

Theodore Rogers
SSN:   xxx-xx-6926
       Debtor.
_____/

MOTION TO REOPEN CHAPTER 7 CASE AND
MOTION FOR ORDER DIRECTING THE UNITED STATES
TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE

Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his duly authorized Trial Attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for the entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee, and asserts the following:

1. On August 16, 1995, the debtor filed a voluntary chapter 7 petition.

2. The United States Trustee appointed R. Jay Harpley as the chapter 7 trustee.

3. Trustee Harpley administered the case as a no asset case and the case was closed.

4. Subsequently Trustee Harpley retired from the panel of chapter 7 trustees.

5. The United States Trustee has been notified that there exists a pre-petition undisclosed asset that may be property of the bankruptcy estate.

6. Given the possibility for recovery of assets, a meaningful subsequent distribution could be made to creditors.

7. The bankruptcy case should be reopened pursuant to § 350(b).

8. The United States Trustee should be directed to appoint a trustee to administer the assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court grant the motion and enter an order reopening the chapter 7 case, setting aside the final decree, directing the United States Trustee to appoint a chapter 7 trustee, and for such other and additional relief that this Honorable Court deems appropriate under these premises.

Dated:  27 May 2015

    Respectfully submitted,

    GUY G. GEBHARDT
    Acting United States Trustee, Region 21

    CYNTHIA P. BURNETTE
    Assistant United States Trustee

By: /s/ J. Steven Wilkes (Ala. Bar. No. WIL-278)
    J. Steven Wilkes
    Trial Attorney
    U.S. Department of Justice
    Office of the United States Trustee, Region 21
    501 E. Polk Street, Suite 1200
    Tampa, FL  33602
    (813)228-2000 / fax (813)228-2303
    steven.wilkes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before 28 May 2015:

Theodore Rogers
14306 N. 22d Street
Tampa, FL 33613

Email:    Gordon L. Kiester, Debtor's Counsel

*/s/ J. Steven Wilkes*
Trial Attorney
