UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                     Case No. 8:95-08284-MGW
                                                                     Chapter 7

THEODORE ROGERS,

      Debtor.

_____/

APPLICATION TO COMPENSATE
COLLECTION AGENT, GLOBAL DISCOVERIES, LTD

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602-3899, and serve a copy on Chapter 7 Trustee, Dawn A. Carapella, Post Office Box 67, Valrico, Florida 33595-0067 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:95-08284-MGW
         Chapter 7

THEODORE ROGERS,

    Debtor.
_____/

## APPLICATION TO COMPENSATE
## COLLECTION AGENT, GLOBAL DISCOVERIES, LTD

Dawn Carapella, the duly appointed Chapter 7 Successor Trustee of the estate of Theodore Rogers (the "Trustee") hereby files her Application to Compensate Collection Agent, Global Discoveries, LTD and in support states as follows:

### Background

1. On August 16, 1995, Debtor, Theodore Rogers, filed his voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Jay Harpley was appointed Chapter 7 Trustee.

3. On September 14, 1995, the Trustee filed his Report of No Distribution and the case was closed on January 24, 1996.

4. On May 27, 2015, the Office of the United States Trustee filed a motion to reopen the case and direct the appointment of a successor trustee. (Doc. No. 18);

5. On June 9, 2015, the Court entered the Order granting the motion to reopen the case. (Doc. No. 19).

6. Dawn A. Carapella has been appointed Successor Trustee in the case. (Doc. No. 21).

7. On July 23, 2015, after being notified of a pre-petition undisclosed, unclaimed fund, Successor Trustee filed an Application to Employ Kristina Ferrer, Claims Consultant and

1

WHEREFORE, Global requests that it be awarded and allowed compensation on a contingency fee basis for its collection services rendered in the sum of **$26,723.74**, and costs in the amount of **$136.80**, for a total of **$26,860.54**, or such amount as the Court shall deem fair and reasonable under the circumstances herein, that the approved amount be payable to Consultant, and that the Court grant it such other and further relief as is just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above was served electronically by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or via First Class U.S. Mail, postage prepaid to: **Debtor:** Theodore Rogers, 14306 N. 22nd Street, Tampa, FL 33613; Theodore Rogers, 14306 Hensel Lane, Tampa, FL 33613; **Debtor's Attorney:** Gordon L. Kiester, Esquire, P.O. Box 2299, Mango, FL 66880; **Collection Agent:** Global Discoveries, Ltd., 1120 13th St., Suite A, Modesto, California 95354; **U.S. Trustee Office**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; and all creditors listed on the attached mailing matrix on March 30, 2017.

/s/ Dawn A. Carapella
Dawn A. Carapella, Chapter 7 Trustee
Post Office Box 67
Valrico, FL 33595
Telephone: 813-685-8694
E-Mail: dcarapellatrustee@gmail.com

## Final Accounting Summary

**Claim ID#:** 24260-197811  **Claimant:** Dawn A. Carapella, as Bankruptcy Trustee for Theodore Rogers
**Global Claim Representative:** Kristina Ferrer
**State:** Florida    **Account Number(s):** 114671816

|  |  |  |
|---|---|---|
|  | **Amount Received:** $89,535.14 | (A) |

**Reimbursable Expenses:**

| Total Shared Expenses*: | = | $0.00 | (B) |
|---|---|---|---|
| Net Proceeds (A) – (B): | = | $89,535.14 | (C) |
| Total Non-Shared Expenses**: | = | $0.00 | (D) |

**Advances to Claimant:**

| Total Advances: | = | $0.00 | (E) |
|---|---|---|---|

| Proceeds to Global Discoveries Ltd.: | 30 % X (C) = | $26,860.54 |
|---|---|---|
| Non-Shared Expenses** (D) | + | $0.00 |
| Advances to Claimant: (E) | + | $0.00 |
| Expense: Documents x 100% | - | $131.75 |
| Expense: Postage & Delivery Expense x 100% | - | $5.05 |
| Total Due Global: | = | $26,723.74 |

**Proceeds to Claimant:**

|  | 70 % X (C) = | $62,674.60 | (F) |
|---|---|---|---|

(Less)

| Total Non-Shared Expenses**: (D) | = | $0.00 |
|---|---|---|
| Advanced to Claimant: (E) | = | $0.00 |

| **Total Due Claimant (F) – (D) – (E):** | = | **$62,674.60** |
|---|---|---|

### YOU SHOULD HAVE RECEIVED YOUR PAYMENT DIRECTLY FROM THE STATE. IF NOT, PLEASE CALL MY TOLL-FREE LINE AT (800) 370-9571

Comments: _____

* Expenses paid by Global and deducted from total received (i.e. Probate Expenses, Notary, Legal etc.)
** Non-shared expenses such as client requested overnight FedEX etc.

**Global's Signature:** _____  **Date:** 2/3/16

*GD Number: 24260-197811*

## CONTINGENCY AGREEMENT

Subject to Bankruptcy Court approval, this agreement is made by and between Dawn Carapella, as bankruptcy trustee for Theodore Rogers (hereafter referred to as "Client") and Global Discoveries, Ltd., 1120 13th Street, Suite A, Modesto, California 95354 (hereafter referred to as "Global").

1. **RECITALS**: This agreement is made with reference to the following facts and circumstances:
   (a) Global is in the business of processing claims for funds it has located.
   (b) Client is eligible to claim all or a portion of approximately $89,535.14.

2. **PERFORMANCE**:
   (a) Global may advance all costs, and perform all duties it deems necessary to secure the funds.
   (b) Global agrees to provide all forms and documents required to process the claim for the funds.
   (c) Client agrees to provide Global with any documentation in their possession required to collect the funds.
   (d) Client authorizes Global to act as their exclusive agent and/or power of attorney to process a claim for the funds.
   (e) Client agrees to sign and return all documents to Global within five (5) workdays.

3. **COMPENSATION**:
   (a) *Client and Global agree that Global's compensation is contingent upon Client actually receiving Client's share of the funds. In the event your claim is not paid, all Parties are released of their duties and obligations under this agreement and Client will have no obligation whatsoever to compensate Global.*
   (b) Client agrees that Global will receive a 30% net contingency fee, upon prior application and approval of the bankruptcy court. Client understands that even if Client recovers the funds on its own, or has someone besides Global recover the funds, that Global is entitled to receive its contingency fee upon any recovery.
   (c) For clarification, Global is ONLY entitled to its net percentage of the funds that are actually collected.
   (d) Global is not an attorney and is not licensed to practice law. Global does not provide legal advice or representation.

4. **MISCELLANEOUS PROVISIONS**:
   (a) *Counterparts and Facsimile Transmission*: This agreement may be signed in counterparts. A signed copy of this agreement received by fax shall be deemed an original. The original signed document shall be delivered to the receiving party.
   (b) *Binding*: This agreement is binding on all heirs, successors in interest, and assigns.

7/30/2015
DATE: MONTH, DAY, YEAR

*Dawn Carapella  Trustee*
Dawn Carapella, as Bankruptcy Trustee for Theodore Rogers
PO BOX 67
Valrico, FL 33595
Phone: (813) 685-8694

7-22-2015
DATE: MONTH, DAY, YEAR

Kristina Ferrer, Claims Consultant
Global Discoveries, Ltd.
Telephone (Toll-Free): (800) 370-9571
Fax: (209) 554-0308
Email: Kristina.Ferrer@gd-ltd.com

*GD Number: 24260-197811*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:95-bk-08284-MGW<br>Middle District of Florida<br>Tampa<br>Thu Mar 30 10:29:17 EDT 2017 | Theodore Rogers<br>14306 N. 22nd Street<br>Tampa, FL 33613 | Gordon L Kiester +<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 |
| United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 | Dawn A Carapella +<br>P.O. Box 67<br>Valrico, FL 33595-0067 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kristina Ferrer | (u)Global Discoveries, Ltd. | (u)Michael G. Williamson<br>Tampa |

End of Label Matrix
Mailable recipients    6
Bypassed recipients    3
Total                  9

- AT&T Universal
  Mastercard
  PO Box 9999
  Columbus, GA 31997-0001

- Associates National Bank
  Citgo Plus Visa
  105 Decker Court, #300
  Irving, TX 75062

- Chase Advantage Credit
  Box 15008
  Wilmington, DE 19850-5008

- Chase Gold Visa
  PO Box 15008
  Wilmington, DE 19850-5008

- Chase Mastercard
  PO Box 15008
  Wilmington, DE 19850-5008

- First Card Visa
  PO Box 2004
  Elgin, IL 60122-0001

- GE Rewards Card
  PO Box 650479
  Dallas, TX 75265

- GM Card Mastercard
  PO Box 80082
  Salinas, CA 93912-0082

- Holton, Allen & Williams
  PO Box 10025
  Birmingham, AL 35202

- Nationsbank Visa
  PO Box 15126
  Wilmington, DE 19850-5126