ORDERED.

Dated: May 08, 2017

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:95-bk-08284-MGW
 Chapter 7
THEODORE ROGERS,

    Debtor.
_____/

**ORDER APPROVING AMENDED APPLICATION TO COMPENSATE
COLLECTION AGENT, GLOBAL DISCOVERIES, LTD.
(DOC. NO. 29)**

THIS CASE came on for consideration without hearing upon the Trustee's Amended Application to Compensate Collection Agent, Global Discoveries, Ltd. (Doc. No. 29). The Court reviewed the Application and the record and finds that the Application should be approved. Accordingly, it is

**ORDERED** that the Application is approved and the Collection Agent, Global Discoveries, Ltd., is hereby awarded compensation in the amount of **$26,723.74** and reimbursement of expenses in the amount of **$136.80**.

Dawn A. Carapella, Chapter 7 Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.