# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: ROGERS, THEODORE § Case No. 8:95-bk-08284-MGW-
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 16, 1995.  The undersigned trustee was appointed on June 04, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       89,535.14

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                        0.00
    Administrative expenses                                  26,860.54
    Bank service fees                                         1,503.53
    Other payments to creditors                                   0.00
    Non-estate funds paid to 3rd Parties                          0.00
    Exemptions paid to the debtor                                 0.00
    Other payments to the debtor                                  0.00

    Leaving a balance on hand of [1]       $       61,171.07

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 11/27/2015 and the deadline for filing governmental claims was 12/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,436.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,436.05, for a total compensation of $3,436.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $101.65, for total expenses of $101.65.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/01/2017      By: /s/DAWN A. CARAPELLA
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:95-bk-08284-MGW-MGW  
**Case Name:** ROGERS, THEODORE  

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/16/95 (f)  
**§341(a) Meeting Date:** 09/13/95  

**Period Ending:** 08/01/17  
**Claims Bar Date:** 11/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   UNCLAIMED FUND | Unknown | 89,535.14 | | 89,535.14 | FA |
| 2   CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3   CHECKING ACCT. - FIRST UNION NATIONAL | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 5   CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 6   WATCH | 5.00 | 0.00 | | 0.00 | FA |
| 7   1987 CHEVY CAVILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 8   LAWN MOWER | 20.00 | 0.00 | | 0.00 | FA |
| **8 Assets  Totals** (Excluding unknown values) | **$2,625.00** | **$89,535.14** | | **$89,535.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR

6/9/15 - Order Reopening Ch. 7 Case;

6/15/15 - Notice Appointing DAC as Successor Trustee;

7/2/15 - Telephonce calls to Global, UST, C. Kilcoyne re schedules;

7/8/15 - Schedules ordered from Judicial Research;

7/15/15 - Notice of Assets filed;

7/15/15 - Draft application to employ collection agent and marked up contingency agreement sent to proposed collection agent for finalizing;

7/23/15 - Application to Employ Collection Agent (Dkt. 22);

7/28/15 - Order approving Application to Employ Collection Agent (Dkt. 23); 7/30/15 - Cert. of Service (Dkt. 24);

10/8/15 - follow-up email to collection agent for status of claim;

11/16/15 - T spoke with atty. Shawn Harrison re claim of Molton, Allen & Williams Corp.

11/29/15 - NO CLAIMS FILED;

2/6/16 - Unclaimed fund received;

3/31/16 - emails and t/c with Chase and attorneys for Molton, Allen and Williams Corp;

5/5/16 - T contacted CCA to locate creditors;

8/10/16 - Email from CCA that closing file;

8/12/16 - Research to contact Debtor;

10/19/16 -  Research to locate Chase;

1/15/16 - Research to locate additional scheduled creditors;

3/30/17 - Chase contacted T with information regarding Chase's sale of debt to Midland Funding;

3/31/17 - Application to Compensate Collection Agent (Dkt. 28)

4/10/17 - Amended Application to Compensate Collection Agent (amended to include missing page)(Dkt. 28);

5/8/17 - Order approving Amended Application to Compensate Collection Agent (Dkt. 31); Cert. of Serv. (Dkt. 32);

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 8:95-bk-08284-MGW-MGW  
**Case Name:** ROGERS, THEODORE

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/16/95 (f)  
**§341(a) Meeting Date:** 09/13/95  

**Period Ending:** 08/01/17

**Claims Bar Date:** 11/27/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7/9/17 - Late claims not filed;

7/10/17 - Case Closed.

7/11/17 - Trustee's Fee Application (Dkt. 33)

**Initial Projected Date Of Final Report (TFR):**   July 15, 2016          **Current Projected Date Of Final Report (TFR):**   July 10, 2017  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:95-bk-08284-MGW-MGW | | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| Case Name: | ROGERS, THEODORE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***0044 | | Blanket Bond: | $41,764,000.00   (per case limit) |
| Period Ending: | 08/01/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/06/16 | | State of Florida, Dept. of Financial Services | Unclaimed fund received | | | 62,674.60 | | 62,674.60 |
| | {1} | | Gross Amount of Unclaimed Fund | 89,535.14 | 1121-000 | | | 62,674.60 |
| | | Global Discoveries, Ltd. | Contingency Fee of 30%; Fee Application to be filed with submission of TFR | -26,723.74 | 3991-000 | | | 62,674.60 |
| | | Global Discoveries, Ltd. | Reimbursement of Expenses; Fee application to be filed with submission of TFR | -136.80 | 3992-000 | | | 62,674.60 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 53.94 | 62,620.66 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.81 | 62,521.85 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.69 | 62,435.16 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.57 | 62,348.59 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.38 | 62,250.21 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.31 | 62,163.90 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.08 | 62,065.82 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.02 | 61,976.80 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 85.93 | 61,890.87 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.70 | 61,796.17 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 88.64 | 61,707.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.65 | 61,612.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.71 | 61,530.17 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 91.45 | 61,438.72 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.47 | 61,356.25 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.07 | 61,259.18 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 88.11 | 61,171.07 |
| | | | ACCOUNT TOTALS | | | 62,674.60 | 1,503.53 | $61,171.07 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 62,674.60 | 1,503.53 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$62,674.60** | **$1,503.53** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 8:95-bk-08284-MGW-MGW | **Trustee:** DAWN A. CARAPELLA (290520) |
| **Case Name:** ROGERS, THEODORE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3867 - Checking Account |
| **Taxpayer ID #:** **-***0044 | **Blanket Bond:** $41,764,000.00  (per case limit) |
| **Period Ending:** 08/01/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 62,674.60 |
| Plus Gross Adjustments : | 26,860.54 |
| Net Estate : | $89,535.14 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3866** | 62,674.60 | 1,503.53 | 61,171.07 |
| **Checking # ******3867** | 0.00 | 0.00 | 0.00 |
| | $62,674.60 | $1,503.53 | $61,171.07 |
| Bank Transfers | $0.00 | $0.00 | |

# Exhibit "C" - Claims Analysis

**Case: 8:95-bk-08284-MGW-MGW**           **ROGERS, THEODORE**

Claims Bar Date: 11/27/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | DAWN A. CARAPELLA<br>P.O. Box 67<br>Valrico, FL 33595-0067<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>06/11/15 | | $3,436.05<br>$3,436.05 | $0.00 | $3,436.05 |
| | DAWN A. CARAPELLA<br>P.O. Box 67<br>Valrico, FL 33595-0067<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>06/11/15 | | $101.65<br>$101.65 | $0.00 | $101.65 |
| | Global Discoveries, Ltd.<br>1120 13th St., Suite A<br>Modesto, CA 95354<br><3991-00 Other Professional Fees>, 200 | Admin Ch. 7<br>06/11/15 | 30% contingency fee of gross unclaimed fund in the amount of $89,535.14<br>5/8/17 - Order approving Application for Compensation (Dkt. 31) | $26,723.74<br>$26,723.74 | $26,723.74 | $0.00 |
| | Global Discoveries, Ltd.<br>1120 13th St., Auite A<br>Modesto, CA 95354<br><3992-00 Other Professional Expenses>, 200 | Admin Ch. 7<br>06/11/15 | photocopies $131.75<br>postage $5.05<br>5/8/17 - Order approving Application for Compensation (Dkt. 31) | $136.80<br>$136.80 | $136.80 | $0.00 |
| SURPLUS-1 | ROGERS, THEODORE<br>14306 N. 22ND STREET<br>TAMPA, FL 33613<br><8200-00 Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>, 650 | Unsecured<br>08/16/95 | | $57,633.37<br>$57,633.37 | $0.00 | $57,633.37 |
| | | | **Case Total:** | | $26,860.54 | $61,171.07 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 8:95-bk-08284-MGW-MG
Case Name: ROGERS, THEODORE
Trustee Name: DAWN A. CARAPELLA

**Balance on hand:** $ 61,171.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 61,171.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAWN A. CARAPELLA | 3,436.05 | 0.00 | 3,436.05 |
| Trustee, Expenses - DAWN A. CARAPELLA | 101.65 | 0.00 | 101.65 |
| Other Fees: Global Discoveries, Ltd. | 26,723.74 | 26,723.74 | 0.00 |
| Other Expenses: Global Discoveries, Ltd. | 136.80 | 136.80 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 3,537.70
Remaining balance: $ 57,633.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 57,633.37

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $             0.00
Remaining balance:                    $        57,633.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:  $             0.00
Remaining balance:                                     $        57,633.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $             0.00
Remaining balance:                                    $        57,633.37

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 57,633.37

The amount of surplus returned to the debtor after payment of all claims and interest is $ 57,633.37.

**UST Form 101-7-TFR (05/1/2011)**