UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:95-08284-MGW
                                                                          Chapter 7
THEODORE ROGERS

        Debtor(s).
_____/

## REPORT OF UNCLAIMED FUNDS

The Trustee disbursed funds on October 7, 2017 .  The following check dated October 7, 2017 has been returned as undeliverable and a stop payment has been issued.

| CLAIM NO. | CHECK NO. | CLAIMANT | AMOUNT |
|---|---|---|---|
| Surplus Funds | 103 | Theodore Rogers<br>14306 N. 22nd St.<br>Tampa, FL  33613 | $57,633.37 |

_____

A check for the total, payable to the Clerk of the Court, is attached hereto and should be deposited into the Unclaimed Funds Account.

Dated:  November 10, 2017

                                                              /s/ *Dawn A. Carapella, Trustee*
                                                             Dawn A. Carapella
                                                             Chapter 7 Trustee
                                                             Post Office Box 67
                                                             Valrico, FL  33595
                                                             Tel:  813-685-8694
                                                             dcarapellatrustee@gmail.com